THE MARINE TRUST COMPANY OF BUFFALO, Respondent, *v.* PETER A. LAURIA et al., Defendants, and GEORGE HENRY, JR., Appellant.

*Bills, notes and checks — negotiable instruments — action by indorsee to recover on check — dismissal of complaint on ground indorsee was holder for collection reversed.*

*Marine Trust Co.* v. *Lauria*, 213 App. Div. 64, affirmed.
(Argued January 17, 1927; decided February 23, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 6, 1925, reversing a judgment in favor of defendant, appellant, entered upon a dismissal of the complaint as to him by the court on trial at Special Term and granting a new trial.   The action was to recover upon a check drawn by plaintiff, appellant, to the order of defendant Lauria and delivered by him to defendant Bankers Trust Company indorsed for deposit.   The latter mailed the check to plaintiff indorsed " Pay Marine Trust Company, Buffalo, N. Y., or order."   When plaintiff presented the check to the bank on which it was drawn, payment was refused.   The complaint was dismissed as against the defendant Henry on the ground that the plaintiff, having received the check for collection, could not maintain an action against the maker.

*Lafay C. Wilkie* for appellant.

*Fritz Fernow* and *William C. Warren, Jr.*, for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.

37